# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JIM NAVARRO, | Case No. 2:19-cv-01632-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| MARIE ROMANIK, et al., | |
| Defendants. | |

Plaintiff Jim Navarro submitted a civil rights complaint on September 16, 2019. (ECF No. 1-1.) The court ordered plaintiff to pay the filing fee for this case or file an application to proceed *in forma pauperis*. (Order (ECF No. 3).) Plaintiff paid the filing fee. (Receipt of payment (ECF No. 4).) Accordingly, this case shall proceed on the regular litigation track as governed by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: October 21, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE